**MALCO ENTERPRISES OF NEVADA, INC.,**
**d/b/a Budget Car and Truck Rental of Las Vegas**
TAMER B. BOTROS, ESQ.
Nevada Bar No. 12183
t.botros@budgetlasvegas.com
P.O. Box 97897
Las Vegas, Nevada 89193
Telephone: (702) 730-0118
Attorney for Defendant,
MALCO ENTERPRISES OF NEVADA, INC.,
d/b/a Budget Car and Truck Rental of Las Vegas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MARIA GABRIELA DE LA CRUZ ORTEGA, an individual; GUSTAVO A. DE LA CRUZ ORTEGA, an individual; and CHRISTINA NICOLE HESS, an individual,<br><br>　　　　　Defendants. | CASE NO.:   2:22-cv-01686-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER TO STAY DISCOVERY** |

COMES NOW, Plaintiff MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS, by and through its attorney of record, TAMER B. BOTROS, ESQ., and Defendants MARIA GABRIELA DE LA CRUZ ORTEGA and GUSTAVO A. DE LA CRUZ ORTEGA, by and through their attorney of record, MATTHEW D. MINUCCI, ESQ., of THE COTTLE FIRM, and hereby submit this Stipulation and Order to Stay Discovery, staying all discovery deadlines in this matter, including staying any and all scheduling of any and all depositions by any party, staying any and all discovery requests by any party and staying any and all issuance of subpoenas by any

1  party until such time as this Honorable Court has ruled on the two (2) current pending
2  dispositive motions, which includes MALCO's Motion for Summary Judgment for Declaratory
3  Judgment as well as Defendants DE LA CRUZ ORTEGA's Motion to Dismiss MALCO's
4  Complaint for Declaratory Judgment currently pending before the Court.  The parties stipulate
5  that, the Motion for Summary Judgment for Declaratory Judgment filed by MALCO is a
6  dispositive motion that can be decided without any additional discovery since it pertains to a
7  pure issue of law, namely whether 49 U.S.C. § 30106 preempts NRS 482.305. The parties
8  stipulate that, this is a pure issue of law that can be decided by this Honorable Court without any
9  additional discovery and that once decided, will be useful to courts throughout Nevada
10 pertaining to this unique issue of law. The parties further stipulate, that Defendants DE LA
11 CRUZ ORTEGA filed a Motion to Dismiss MALCO's Complaint for Declaratory Judgment
12 which is another pending dispositive motion that can be decided by this Honorable Court
13 without any additional discovery. The parties stipulate that there is good cause for staying
14 discovery in this matter dealing with a unique issue of law since there are two (2) current
15 pending dispositive motions which can be decided by this Honorable Court without any
16 additional discovery. The parties further stipulate that compelling the parties to unnecessary
17 discovery when there are two (2) current pending dispositive motions, which can be decided by
18 this Honorable Court without any additional discovery, will result in an unnecessary and undue
19 burden and expense to the parties.  The parties further stipulate, that consistent with the ruling in
20 the District of Nevada in <u>Diminico v. GEICO Cas. Co.</u>, No. 2:22-cv-01041-RFB-BNW, at *6
21 (D. Nev. Nov. 16, 2022), the parties have met the good cause requirement by demonstrating that
22 harm or prejudice will result to the parties if discovery proceeds, which will be expensive and
23 burdensome and consist of issues of law which can be decided by this Honorable Court without
24 any additional discovery. The parties stipulate that consistent with Rule 1 of the Federal Rules

of Civil Procedure, it would be just to delay and stay discovery in this matter to accomplish the inexpensive determination of this case, since there are two (2) current pending dispositive motions which can be decided by this Honorable Court without any additional discovery, which includes an issue of law pertaining to whether 49 U.S.C. § 30106 preempts NRS 482.305.

DATED this __3rd__ day of February, 2023.          DATED this __3rd__ day of February, 2023.

**MALCO ENTERPRISES OF NEVADA,**                    **THE COTTLE FIRM**
**INC., d/b/a Budget Car And Truck Rental**
**of Las Vegas**

 /s/ Tamer B. Botros                                 /s/ Matthew D. Minucci
TAMER B. BOTROS, ESQ.                               ROBERT W. COTTLE, ESQ.
Nevada Bar No. 12183                                Nevada Bar No. 4576
P.O. Box 97897                                      MATTHEW D. MINUCCI, ESQ.
Las Vegas, Nevada 89193                             Nevada Bar No. 12449
Attorney for Plaintiff,                             8635 Eastern Avenue
MALCO ENTERPRISES OF NEVADA,                        Las Vegas, Nevada 89123
INC., d/b/a Budget Car And Truck Rental of          Attorneys for Defendants,
Las Vegas                                           MARIA GABRIELA DE LA CRUZ
                                                    ORTEGA AND GUSTAVO A. DE LA
                                                    CRUZ ORTEGA

## ORDER

IT IS ORDERED that ECF No. 31 is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed until ECF Nos. 5 and 9 are decided. A stipulated discovery plan and scheduling order is due 14 days after ECF Nos. 5 and 9 are decided.

**IT IS SO ORDERED**
**DATED:** 5:13 pm, February 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3